IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARK GEORGE SMITH,

    Plaintiff,

v.                                                  CASE NO. 4:10cv131-SPM/WCS

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated June 2, 2010 (doc. 5). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. I have determined that the report and recommendation should be adopted. Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed without prejudice for failure to prosecute

and failure to comply with a court order.

DONE AND ORDERED this 8th day of July, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge